# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MOUNTAIN STATES AGENCY, LLC,

    Plaintiff/Counter Defendant,

v.                                                                            No. CIV 20-0041 JFR/LF

BLAINE HARRINGTON,

    Defendant/Counter-Claimant.

## JUDGMENT IN A CIVIL ACTION

      Pursuant to the Order of the Court and the requirements of Rule 68 of the Federal Rules of Civil Procedure, the Clerk enters judgment in favor of the Plaintiff, nunc pro tunc to July 2, 2020, on the counts alleged in the verified complaint for $1.01, as tendered in said Rule 68 Offer of Judgment.

                                                                     /S/MITCHELL R. ELFERS
                                                                     MITCHELL R. ELFERS
                                                                     CLERK, U. S. DISTRICT COURT